# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

OPERATING ENGINEERS LOCAL 139
HEALTH BENEFIT FUND, et al.,

        Plaintiffs,        Case No. 04-C-1083

   v.

DEKEYSER EXCAVATING, LLC,
a Wisconsin limited liability company,

        Defendant.

## ORDER

On April 13, 2005, the Plaintiffs filed a postjudgment motion for an order to provide testimony. In order to resolve this matter, the court ORDERS that the Defendant serve and file a response to this motion on or before May 3, 2005. The Plaintiffs may serve and file a reply on or before May 6, 2005.

Done and Ordered in Chambers at the United States Courthouse, Milwaukee, Wisconsin, this 25th day of April 2005.

        s/Thomas J. Curran
        Thomas J. Curran
        United States District Judge